NAPOLEON RAMGREN v. OTIS STAPLES.[1]

May 8, 1903.

Nos. 13,399—(55).

Action in the district court for Washington county to recover $2,500 for malicious prosecution. The case was tried, together with three other actions of similar character based upon the same acts instituted respectively by Conrad, N. E., and Axel Ramgren against the same defendant, before Williston, J., and a jury, which in each case rendered a verdict in favor of defendant. From an order denying a joint motion for a new trial, plaintiffs appealed. Affirmed.

*Gjertsen, Rand & Lund,* for appellants.
*J. N. Searles,* for respondent.

PER CURIAM.

In an action for malicious prosecution for procuring an indictment against the plaintiff here for receiving stolen property, defendant had a verdict; and it is insisted that a new trial should be had for the reason that the trial court erred in refusing to give specific instructions to the jury defining what constituted want of

[1] Reported in 94 N. W. 1135.

probable cause and proof of malice on the part of the prosecutor (defendant here).

The instructions of the court in its general charge were exceedingly full and clear, and accurately stated the law as previously laid down in several decisions of this court, which included every material element of the subject involved, so far as properly embraced in the requests which were refused. The trial court did not, and was not bound to, adopt the requests denied, where the law therein contained had been, as on this trial, accurately stated in its general instructions.

The order appealed from is affirmed.